THE BANK OF UNITED STATES, Individually, and Others, Respondents, v. THE OLTARSH BUILDING COMPANY, INC., and Others, Defendants. MORTIMER G. MAYER, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley and Dore, JJ.

In the Matter of the Petition of KAPLAN SILK CORPORATION, Petitioner, Respondent, to Compel REINA SILK Co., INC., to Submit to Arbitration in Pursuance of Its Written Contract, Dated March 26, 1937. REINA SILK Co., INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

Rabbi ERNO FRIEDMAN, Appellant, v. CONGREGATION AHAVATH JESHURUN, a Domestic Corporation, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

SANTA FIORE and Others, Respondents, v. WOOLSEY ASTORIA HOMES, INC., and TRI-BORO GARDENS, INC., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

JOHN W. BOYLE, as Administrator, etc., of CATHERINE BOYLE, Deceased, Respondent, v. HARLEM OPERATING Co., INC., and Others, Defendants, Impleaded with CHARLES SCHIMMER, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Dore and Cohn, JJ.

SYLVIA ZUCKER, Respondent, v. JACKSON F. ZUCKER, Appellant.— Order granting plaintiff's motion to punish defendant for contempt unanimously affirmed, with twenty dollars costs and disbursements. Order denying defendant's motion to reduce the award of alimony *pendente lite* unanimously affirmed on condition that plaintiff within twenty days after service of order notice the case for trial for the February term and place it on the calendar and try the case when reached. If the condition is not complied with the motion may be renewed. Order denying defendant's motion for an examination of the plaintiff before trial unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

JOHN G. LONSDALE and Another, Trustees of the ST. LOUIS-SAN FRANCISCO RAILWAY COMPANY, Appellants, Respondents, v. JAMES SPEYER and Others, Defendants, Impleaded with FREDERICK STRAUSS and Others, Respondents, Appellants.— Order, so far as appealed from, unanimously modified by granting item 12 completely and by disallowing items 11, 20, 21, 25 and 34, and by further providing that an unverified bill of particulars be served within thirty days after service of order with notice of entry thereof, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.